Filed 2/19/25  P. v. Castrejon CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

# FOURTH APPELLATE DISTRICT

# DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E084554 |
| v. | (Super.Ct.No. FWV22000196) |
| TOMMIE LEOF CASTREJON, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of San Bernardino County.  Richard V. Peel, Judge.  Dismissed.

John L. Staley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

1

Defendant and appellant Tommie Leof Castrejon pled no contest to being a felon in possession of a firearm.  (Pen. Code, § 29800, subd. (a)(1), count 2.)[1]  Defendant additionally admitted that he had suffered a prior strike conviction.  (§§ 667, subds. (b)-(i) & 1170.12.)  Pursuant to the plea agreement, the court sentenced defendant to six years in state prison consisting of double the upper term on the count 2 offense.  Upon the People's motion, the court dismissed the remaining count and allegation.

Defendant filed a request for relief pursuant to Assembly Bill No. 600 (Stats. 2023, ch. 446, § 2) and section 1172.1.  After a hearing at which defendant was represented by counsel, the court denied the request.

Counsel has filed a brief under the authority of *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*), setting forth a statement of the facts, a statement of the case, requesting that we independently review the record for error, and directing our attention to one potentially arguable issue:  whether the court erred in denying the request.

We gave defendant the opportunity to file a personal supplemental brief.  We noted that if he did not do so, we could dismiss the appeal; nevertheless, he has not filed one.  Under these circumstances, we have no obligation to independently review the record for error.  (*Delgadillo*, *supra*, 14 Cal.5th at pp. 224-231.)  Rather, we dismiss the appeal.  (*Id*. at pp. 231-232.)

---

[1]  All further statutory references will be to the Penal Code unless otherwise indicated.

# DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER_____

Acting P. J.

We concur:

MILLER_____

J.

RAPHAEL_____

J.